IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMEO LISTER, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-0108 |
| NATIONAL OILWELL VARCO, L.P., | § § § | |
| Defendant. | § | |

**ORDER**

In this employment discrimination case, National Oilwell Varco ("NOV") has moved to sever the claims asserted by the two remaining plaintiffs—Romeo Lister and Terrance Williams—into separate civil actions. (Docket Entry No. 20.) NOV has also moved for expedited consideration of its motion to sever, asking for a decision either in advance of a response or based on a shortened time to respond. (Docket Entry No. 21.) NOV has not identified a sufficient basis for such expediting. NOV argues that a prompt ruling on the motion to sever "will impact the scope of discovery in this matter" and "is appropriate and necessary to establish the proper scope" of Lister's deposition, which is scheduled for May 2, "and [of] the depositions remaining to be taken prior to the discovery deadline of May 10." (*Id.* at 2–3.) With or without severance, the scope of the remaining discovery, including the upcoming depositions, is defined by the claims Lister and Williams have asserted. The motion for expedited consideration of the motion to sever, (Docket Entry No. 21), is denied.

SIGNED on April 30, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge