IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMEO LISTER, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-0108 |
| NATIONAL OILWELL VARCO, L.P., | § § | |
| Defendant. | § § | |

## ORDER

The evidentiary hearing currently scheduled for August 27, 2012 is reset to **September 5, 2012, at 5:00 p.m.** Each party must give notice for the others ordered to attend even if it appears that they were given notice by the court.

SIGNED on August 24, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge