IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMEO LISTER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0108 |
| | § | |
| NATIONAL OILWELL VARCO, L.P., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendant. The plaintiffs' claims are dismissed with prejudice.

This is a final judgment.

SIGNED on September 30, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge